# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

KELLEY J. CRITTENDEN, )
)
        Plaintiff, )
)
vs. ) Case No. CIV-12-1101-M
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security )
Administration, )
)
        Defendant. )

## ORDER

On June 11, 2014, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's applications for disability insurance benefits under the Social Security Act. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by June 25, 2014. A review of the record shows that plaintiff has not filed any objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 20] issued by the Magistrate Judge on June 11, 2014, and

(2) AFFIRMS the decision of the Acting Commissioner.

**IT IS SO ORDERED this 10th day of July, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE